UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE ESTATE OF RICHARD BARD and DANA GERMAN-BUNTON, as administrator *ad-prosequendum* of THE ESTATE OF RICHARD BARD,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF VINELAND POLICE OFFICER CHRISTOPHER PUGLISI,<br><br>    Defendant. | 1:17-cv-01452-NLH-AMD<br><br>**MEMORANDUM OPINION & ORDER** |

**APPEARANCES**:

SOLOMON MORDECHAI RADNER
EXCOLO LAW PLLC
26700 LAHSER ROAD
SUITE 401
SOUTHFIELD, MI 48033

CONRAD J. BENEDETTO
LAW OFFICES OF CONRAD J. BENEDETTO
1233 HADDONFIELD-BERLIN ROAD
SUITE 1
VOORHEES, NJ 08043

    *On behalf of Plaintiffs*

A. MICHAEL BARKER
TODD J. GELFAND
BARKER, GELFAND & JAMES
LINWOOD GREENE
210 NEW ROAD
SUITE 12
LINWOOD, NJ 08221

    *On behalf of Defendant*

**HILLMAN**, District Judge

    WHEREAS, this matter concerns claims by Plaintiff, Dana German-Bunton, the mother of Richard Bard, the decedent, arising out of the shooting death of Bard by Defendant City of Vineland police officer Christopher Puglisi; and

    WHEREAS, Plaintiff's third amended complaint asserts a claim of excessive force against Puglisi in violation of the Fourth Amendment of the U.S. Constitution and New Jersey Civil Rights Act, N.J.S.A. 10:6-2(c) (Docket No. 51);[1] and

    WHEREAS, currently pending is Puglisi's motion for summary judgment (Docket No. 77); but

    WHEREAS, on August 21, 2020, counsel for Plaintiff filed a motion to withdraw as Plaintiff's attorney in this matter (Docket No. 79); and

    WHEREAS, in counsel's motion he relates, "Throughout litigation on this case, a significant breakdown of the attorney client relationship has arisen making withdrawal of the undersigned necessary." (Docket No. 79 at 2); and

    WHEREAS, counsel's motion is set before the Magistrate Judge, and a telephonic hearing on the motion is scheduled for September 24, 2020 (Docket No. 80);

    Therefore,

---

[1] For a detailed recitation of the procedural history of this case, see Docket No. 44.

IT IS on this ___14th___ day of ___September___, 2020

ORDERED that Defendant's motion for summary judgment [77] be, and the same hereby is, DENIED WITHOUT PREJUDICE; and it is further

ORDERED that Court will provide further direction regarding Defendant's summary judgment motion after the Magistrate Judge has resolved Plaintiff's counsel's motion to withdraw.

At Camden, New Jersey        ___s/ Noel L. Hillman___
                                           NOEL L. HILLMAN, U.S.D.J.